United States District Court<br>For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Penstein, | NO. C 05-00789 JW |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| UNUM Life Insurance Company of America, | |
| Defendant(s). | |

This matter was scheduled for a case management conference on July 11, 2005. (See Clerk's Notice of Impending Reassignment to a United States District Judge, Docket Item No. 7, at 1:14-17.) On July 5, 2005, the parties filed a Stipulation to Continue Initial Case Management Conference (Docket Item No. 9). Pursuant to that Stipulation, this Court continues the case management conference from July 11, 2005 to September 12, 2005 at 10:00 a.m. Prior to that conference, the parties shall, pursuant to Civil L.R. 16-9, meet and confer in good faith to develop a Joint Case Management Statement. The parties shall file their Joint Case Management Statement on or before Friday, September 2, 2005.

Dated: July 5, 2005         /s/James Ware
                            JAMES WARE
05cv789cont-cmc             United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anna M. Martin annamartin@rimacmartin.com
Michael M. Shea rr@shea-shea.com
William Reilly w_reilly@rimacmartin.com

**Dated:  July 5, 2005**                                    **Richard W. Wieking, Clerk**

**By:/s/JWchambers** _____
      **Ronald L. Davis**
      **Courtroom Deputy**

**United States District Court**
For the Northern District of California