IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Penstein, | NO. C 05-00789 JW |
| Plaintiff(s),<br>v.<br>UNUM Life Insurance Company of America et al,<br>Defendant(s). | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO SETTLEMENT CONFERENCE; SETTING DEADLINE FOR SUMMARY JUDGMENT MOTION** |

Based upon the parties' joint case management statement, the case management conference scheduled for September 12, 2005 is tentatively rescheduled for January 9, 2006. In the interim, the parties are referred to Magistrate Judge Seeborg for a settlement conference. The parties shall contact Bernie Kunkel at (408) 535-5357 no later than September 30, 2005 to schedule a conference. If the case does not settle, the parties shall proceed with cross motions for summary judgment, and notice their motions for hearing no later than January 9, 2006, 9:00 a.m.

Dated: September 7, 2005        /s/James Ware
                                JAMES WARE
                                United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Anna M. Martin annamartin@rimacmartin.com
Michael M. Shea rr@shea-shea.com
3 William Reilly w_reilly@rimacmartin.com

5 **Dated: September 7, 2005**                              **Richard W. Wieking, Clerk**

7                                                         **By:** **/s/JW Chambers**
                                                                     **Ronald L. Davis**
                                                                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California

4, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28