**RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

**SHEA & SHEA**
A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126960)
NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA 95110
Phone: (408) 292-2434
Fax  : (408) 292-1264

Attorneys for Plaintiff
RICHARD PENSTEIN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PENSTEIN, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA, an individual and DOES 1 to 100 inclusive, <br><br> Defendants. | **E-FILED** <br><br> **CASE NO. C 05 0789 JW** <br><br> **JOINT STIPULATION TO CONTINUE DATE TO FILE SUMMARY JUDGMENT MOTIONS** |

In the joint Case Management Statement, the parties agreed to proceed with an early

settlement conference before a Magistrate Judge and agreed that the Court could resolve this

-1-

**JOINT STIPULATION**                      **CASE NO. C 05 0789 JW**

1  matter on summary judgment or with a court trial which will consist of the Court's review of the
2  administrative record, any additional matter admissible within the constraints of *ERISA*, and the
3  arguments of counsel.
4      The Court's Case Management Order referred this matter to the Magistrate Judge for an
5  early settlement conference and Ordered the parties to file motions for summary judgment on or
6  before December 5, 2005 to be heard on January 9, 2006 with another Case Management
7  Conference to be held on January 9, 2006.
8      The parties have an early settlement conference with Magistrate Judge Richard Seeborg
9  set for December 12, 2005.
10     The parties stipulate by and through their respective counsel of record to continue the
11 January 9, 2006 hearing date for motions for summary judgment and further Case Management
12 Conference to ~~a date on or after~~ March 13, 2006. at 9:00 am.
13     GOOD CAUSE exists for this brief continuance as the parties have an early settlement
14 conference with Magistrate Judge Richard Seeborg set for December 12, 2005 and wish to devote
15 all of their energies to resolving the matter at that conference and not waste time and resources
16 unnecessarily preparing motions for summary judgment.
17     SO STIPULATED.

SHEA & SHEA

DATED: November 29, 2005    /s/
_____
MICHAEL SHEA, JR.
Plaintiff RICHARD PENSTEIN

RIMAC & MARTIN

DATED: November 29, 2005    /s/
_____
WILLIAM REILLY
Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

SO ORDERED.

DATED: ~~November 29,~~ 2005     /s/ James Ware
December 20                    _____
The Honorable James Ware
United States District Court Judge

-2-

JOINT STIPULATION                                CASE NO. C 05 0789 JW