1  **RIMAC & MARTIN, P.C.**
   ANNA M. MARTIN - State Bar No. 154279
2  WILLIAM REILLY - State Bar No. 177550
   1051 Divisadero Street
3  San Francisco, California 94115
   Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendant
6  UNUM LIFE INSURANCE COMPANY OF AMERICA

7  **SHEA & SHEA**
   A PROFESSIONAL LAW CORPORATION
   MICHAEL M. SHEA (State Bar No. 38396)
8  MICHAEL M. SHEA, JR. (State Bar No. 126983)
   MARK B. O'CONNOR (State Bar No. 126960)
9  NICOLE N. HANCOCK (State Bar No. 221457)
   THE JAMES SQUARE BUILDING
10 255 NORTH MARKET STREET, SUITE 190
   SAN JOSE, CA  95110
11 Phone:  (408) 292-2434
   Fax    :  (408) 292-1264
12
   Attorneys for Plaintiff
13 RICHARD PENSTEIN

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-FILED**

| | |
|---|---|
| RICHARD PENSTEIN,            ) | **CASE NO.  C 05 0789 JW** |
|                              ) | |
|            Plaintiff,        ) | **JOINT STIPULATION TO** |
|                              ) | **CONTINUE DATE TO FILE** |
|       vs.                    ) | **SUMMARY JUDGMENT MOTIONS** |
|                              ) | |
| UNUM LIFE INSURANCE COMPANY OF ) | |
| AMERICA, an individual and DOES 1 to 100 ) | |
| inclusive,                   ) | |
|                              ) | |
|            Defendants.       ) | |
| _____) | |

-1-

**JOINT STIPULATION**                                       **CASE NO.  C 05 0789 JW**

In the joint Case Management Statement, the parties agreed to proceed with an early settlement conference before a Magistrate Judge and agreed that the Court could resolve this matter on summary judgment or with a court trial which will consist of the Court's review of the administrative record, any additional matter admissible within the constraints of *ERISA*, and the arguments of counsel.

The Court's Case Management Order referred this matter to the Magistrate Judge for an early settlement conference and Ordered the parties to file motions for summary judgment on or before December 5, 2005 to be heard on January 9, 2006 with another Case Management Conference to be held on January 9, 2006.

Because the parties were scheduled for an early settlement conference with Magistrate Judge Richard Seeborg set for December 12, 2005, the parties stipulated and the Court ordered the parties to file motions for summary judgment on or before February 6, 2006 to be heard on March 13, 2006 with another Case Management Conference to be held on March 13, 2006.

The parties completed the December 12, 2005 early settlement conference with Judge Richard Seeborg and have been engaged in ongoing settlement negotiations which Judge Seeborg agreed to monitor.

In light of the ongoing settlement negotiations, the parties stipulate by and through their respective counsel of record to continue the March 13, 2006 hearing date for motions for summary judgment and further Case Management Conference to a date on or after May 15, 2006.

GOOD CAUSE exists for this brief continuance as the parties wish to devote all of their energies to resolving the matter through settlement and not waste time and resources unnecessarily preparing motions for summary judgment.

SO STIPULATED.

SHEA & SHEA

DATED: February 1, 2006      /s/_____
MICHAEL SHEA, JR.
Plaintiff RICHARD PENSTEIN

-2-
JOINT STIPULATION                                           CASE NO.  C 05 0789 JW

| | |
|---|---|
| 1 | RIMAC & MARTIN |
| 2 | |
| 3 | DATED: February 1, 2006    /s/ _____ |
| 4 | WILLIAM REILLY |
| | Attorneys for Defendant |
| 5 | UNUM LIFE INSURANCE COMPANY OF AMERICA |

SO ORDERED.

DATED: February 21, 2006   _____
The Honorable James Ware
United States District Court Judge

---

-3-

**JOINT STIPULATION**                                   **CASE NO.  C 05 0789 JW**