IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Penstein, | NO. C 05-00789 JW |
| Plaintiff,<br>v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| UNUM Life Insurance Company of America et al. | |
| Defendant s. | |

On May 9, 2006, Mr. William Reilly, counsel for the Defendants informed the Court, via telephone, that the matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **July 3, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 10, 2006** at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **July 5, 2006**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  May 10, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anna M. Martin annamartin@rimacmartin.com
Michael M. Shea rr@shea-shea.com
William Reilly w_reilly@rimacmartin.com

**Dated:  May 10, 2006**                                              **Richard W. Wieking, Clerk**

                                                                          **By:     /s/ JW Chambers**
                                                                                **Melissa Peralta**
                                                                                **Courtroom Deputy**

United States District Court
For the Northern District of California