1  **RIMAC & MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
2  WILLIAM REILLY - State Bar No. 177550
1051 Divisadero Street
3  San Francisco, California 94115
Telephone (415) 561-8440
4  Facsimile (415) 561-8430

5  Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA
6
**SHEA & SHEA**
7  A PROFESSIONAL LAW CORPORATION
MICHAEL M. SHEA (State Bar No. 38396)
8  MICHAEL M. SHEA, JR. (State Bar No. 126983)
MARK B. O'CONNOR (State Bar No. 126960)
9  NICOLE N. HANCOCK (State Bar No. 221457)
THE JAMES SQUARE BUILDING
10 255 NORTH MARKET STREET, SUITE 190
SAN JOSE, CA 95110
11 Phone: (408) 292-2434
Fax   : (408) 292-1264
12
Attorneys for Plaintiff
13 RICHARD PENSTEIN

14

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

15                    UNITED STATES DISTRICT COURT

16                FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18
                                                    ***E-FILING***
19 RICHARD PENSTEIN                    )
                                       )   CASE NO.  C 05 0789 JW
20                                     )
              Plaintiff,               )
21                                     )   STIPULATION OF DISMISSAL
                                       )   WITH PREJUDICE AND
22     vs.                             )   [~~PROPOSED~~] ORDER THEREON
                                       )
23 UNUM LIFE INSURANCE COMPANY OF      )
   AMERICA, an individual and DOES 1 to 100 )
24 inclusive,                          )
                                       )
25            Defendants.              )
   _____)

26

27

28

---
                                     -1-
**STIPULATION OF DISMISSAL WITH PREJUDICE**              CASE NO.  C 05 0789 JW

1  IT IS HEREBY STIPULATED by and between the parties to this action, UNUM LIFE INSURANCE COMPANY OF AMERICA and RICHARD PENSTEIN, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.   Each party shall bear its own costs and attorneys' fees in this action.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

SHEA & SHEA

DATED: June 12, 2006          By:     /s/ **MICHAEL SHEA, JR.**
                                      MICHAEL SHEA, JR.
                                      Plaintiff RICHARD PENSTEIN

RIMAC & MARTIN, P.C.

DATED: June 12, 2006          By:     /s/ **WILLIAM REILLY**
                                      WILLIAM REILLY
                                      Attorneys for Defendant
                                      UNUM LIFE INSURANCE COMPANY OF AMERICA

**SO ORDERED.**
   The Clerk shall close this file.

DATED:  June 26, 2006          _____
                               UNITED STATES DISTRICT COURT JUDGE

---

-2-
STIPULATION OF DISMISSAL WITH PREJUDICE                CASE NO.  C 05 0789 JW